John Wayne BROWN, Plaintiff–Appellant,

v.

Captain DOSS; Officer Carter; Officer Duval; Officer Mason; Officer Edwards; Officer Larimore; Officer West; Robin Hogge, Lieutenant; John Doe, Officer; Jane Doe, Officer; Major Diggs; Sheriff Stanaway, Defendants–Appellees.

No. 01–6338.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 23, 2001.

John Wayne Brown, pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

John Wayne Brown appeals from a district court order dismissing without prejudice his complaint alleging civil rights violations under 42 U.S.C.A. § 1983 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Brown's motion for appointment of counsel on appeal and affirm on the rea-

soning of the district court. *See Brown v. Doss,* No. CA–99–1442–A (E.D.Va. Jan. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*